

The following constitutes the order of the court.
Signed February 21, 2018

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re                                     |

                                         | No. 17-40453

Christopher Allan Rockenbaugh,  |

                                        | Chapter 13

                Debtor.     |

_____|    **HEARING HELD**

Date: February 14, 2018
Time: 10:30 a.m.

# ORDER GRANTING MOTION TO REOPEN CASE AND DENYING MOTION FOR RELIEF FROM STAY

      This case was dismissed on March 13, 2017 and closed on April 28, 2017. On January 31, 2018, creditor Contra Costa County ("the County") filed a *Motion to Reopen Chapter 13 Case* ("Motion to Reopen") (doc. 38) and a *Motion for Relief from Stay* ("Stay Motion") (doc. 41). The County, which has unpaid tax claims secured by a lien against Debtor's real property, wanted to reopen the case for the purpose of obtaining in rem relief under 11 USC § 362(d)(4). According to the County, Debtor has a history of filing bankruptcy cases on the eve of the period during which the County is authorized to conduct tax foreclosure sales, and in rem relief would prevent the anticipated bankruptcy filing from disrupting such a sale.

The Court will reopen the case to enter this order. However, for the reasons stated on the record, the Court is not going to grant in rem relief from a stay that has not existed in almost one year on the basis of what Debtor may do in the future or has done since this case was previously dismissed.

However, the Court, having taken judicial notice of Debtor's recent bankruptcy filings and the Bankruptcy Code's provisions regarding such filings, determines that this case was dismissed March 13, 2017. Thereafter, on May 12, 2017, Debtor filed another chapter 13 bankruptcy case (Case no. 17-41272) that was dismissed on May 31, 2017. Under 11 U.S.C. § 362(c)(4), if two or more cases of a debtor were pending and dismissed within the previous year, a subsequent bankruptcy case will not cause the automatic stay to go into effect. Therefore, if Debtor files a third bankruptcy case prior to March 14, 2018, such case will not trigger the stay (absent an explicit order from the Court imposing a stay) and will not prohibit the County from exercising its state law rights with respect to property of Debtor's estate.

For the foregoing reasons, the Court HEREBY ORDERS the following:

1) The Motion to Reopen is GRANTED for the purpose of entering this order. The case shall be re-closed on March 1, 2018.
2) The Stay Motion is DENIED as moot.
3) For purposes of clarity, this Order is effective immediately.

**\*END OF ORDER\***

| | |
|---|---|
| 1 | |
| 2 | **COURT SERVICE LIST** |
| 3 | Christopher Allan Rockenbaugh |
| 4 | 4030 Folsom Court |
| | Concord, CA 94520 |

3