```
                            United States Bankruptcy Court
                            Northern District of California
```

In re:                                                                Case No. 17-40453-WJL
Christopher Allan Rockenbaugh                                         Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0971-4     User: cfan     Page 1 of 1     Date Rcvd: Mar 01, 2018
                      Form ID: pdfeoc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2018.
db            +Christopher Allan Rockenbaugh,    4030 Folsom Court,    Concord, CA 94520-1210

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                               TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2018                                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2018 at the address(es) listed below:
        Barry S. Glaser     on behalf of Creditor     Contra Costa County Treasurer-Tax Collector
          bglaser@swesq.com
        Martha G. Bronitsky     13trustee@oak13.com
        Merdaud Jafarnia     on behalf of Creditor     MTGLQ Investors, LP Bknotice@mccarthyholthus.com,
          mjafarnia@ecf.inforuptcy.com
        Office of the U.S. Trustee/Oak     USTPRegion17.OA.ECF@usdoj.gov
        Rebecca J. Hooley     on behalf of Creditor     Contra Costa County Treasurer-Tax Collector
          rebecca.hooley@cc.cccounty.us
                                                                                                              TOTAL: 5



The following constitutes the order of the court.
Signed March 1, 2018

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>Christopher Allan Rockenbaugh,<br><br>        Debtor. | Case No. 17-40453 WJL<br>Chapter 13 |

**ORDER DENYING DEBTOR'S EX PARTE MOTION TO SHORTEN TIME FOR A HEARING ON MOTION TO EXTEND AUTOMATIC STAY**

On February 27, 2018, the Court held a hearing on Debtor's Ex Parte Motion for Emergency Hearing and To Shorten Time and To Impose or Enforce a Stay (Doc. 55). Debtor appeared in person and counsel for Contra Costa County Treasurer - Tax Collector appeared telephonically. For the reasons stated on the record, the Court issued an Order denying Debtor's Motion to Impose or Enforce a Stay in the above-referenced matter (Doc. 56).

On February 28, 2018, Debtor filed an Ex Parte Emergency Motion for an Order Shortening Time for Debtor's Motion to Extend Stay (Doc. 58). Debtor requests a hearing date of March 1, 2018 at

10:30 a.m. and in effect again requests the Court extend or impose a stay in this case.

For the reasons stated on the record at the February 27, 2018 hearing, Debtor's Motion is DENIED in its entirety. The Court reiterates that the Court will not grant relief to any party in a case that has been dismissed for nearly a year. Furthermore, **nothing in this case prevents Contra Costa County from accepting money directly from Debtor. As the Court stated at the February 27, 2018 hearing, the dispute between Debtor and Contra Costa County is no longer a bankruptcy issue.**

**\*END OF ORDER\***

**COURT SERVICE LIST**

Christopher Allan Rockenbaugh
4030 Folsom Court
Concord, CA 94520